*Refused Housing*

Attachment B
OP-040204
Page 1 of 3

## SEGREGATION HOUSING ORDER

### SECTION A - Placement

Name of Facility __NFCC__     Facility Code __45__   Date __9·23·20__

Offender Name __Simpson, Michael__   ODOC Register Number __163563__

Medical Notified (immediate upon placement) __Sawatzky, 9·23·20, 2pm__

I. Placement in Segregation/Short Term Administrative Segregation   (insert date on appropriate line)

  Pre-hearing Detention    _____        Disciplinary Detention   _____
  Transit Detention        __9·12·20 X__     Medical Observation      _____
                                             Admin. Segregation       _____
                                             (Pending transfer to
                                             OSP/MBCC)

  Pending Investigation    _____

II. Placement for:   (Protective Measures)           Protective Custody

  [ ]  Offender has requested placement into protective measures/custody

  [M.S.]  (I request special housing placement for my own protection)   __Michael Simpson__
                                                                        Offender Signature

  [ ]  Offender has not requested placement into protective measures/custody, but a real
       And serious threat exists against this offender.

  [ ]  I request removal from protective measures/custody.
                                                              Offender Signature

  Offender given a copy of this form on: Date __9·23·20__    Time __3:00__ (a.m or (p.m))
                __Chra Spitzer__                             Date __9·23·20__
                Approving Authority

### SECTION B - REVIEWS

  72 Hour Review   _____

                         Reviewing Authority (Name, Title, Date)

  Additional Reviews: Attach Classification team documents or other reports for determining
  Continued confinement/release

  Date of Release: _____
  Approving Authority _____

  COPY

Original       Facility Head – Field
1st Copy:      Offender
2nd Copy:      Shift Supervisor of SHU